IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHARPER IMPRESSIONS PAINTING CO. | : | |
| | : | Case No. 2:21-CV-02245 |
| Plaintiff, | : | |
| | : | Judge Algenon L. Marbley |
| v. | : | |
| | : | Magistrate Judge Chelsey M. Vascura |
| MICHAEL THIEDE, ET AL., | : | |
| | : | |
| Defendants. | : | |

## SUPPLEMENTAL DECLARATION OF GEOFF SHARP

I, Geoff Sharp, declare the following under penalty of perjury.

1. This Declaration is based on my personal knowledge.

2. I am the Founder and President of the Sharper Impressions Painting Co. ("Sharper Impressions").

3. Attached hereto as Exhibit A is a true and accurate copy of email correspondence between me and Michael Thiede in February of 2014, regarding the Sales Manager Subcontract Agreement.

4. In this correspondence, Mr. Thiede informs me multiple times that he is having the Agreement, and specifically the non-compete provisions, reviewed by his counsel.

5. He also negotiates a draw against his commission during his ramp-up period.

6. I did not tell Mr. Thiede that he was not allowed to make edits to the Agreement.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execution Date: 5.7.21

Geoff Sharp