**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHARPER IMPRESSIONS PAINTING CO, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:21-cv-02245 |
| | : | |
| v. | : | Judge Algenon L. Marbley |
| | : | |
| MICHAEL THIEDE, et al | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

Please take notice that Charles R. Dyas, Jr, Attorney at Law (Ohio 0034369) hereby enters an appearance on behalf of the Plaintiff, Sharper Impressions Painting Company (hereinafter "Plaintiff" or "Sharper"), and its successors and assigns. Please provide all notices, pleadings and other information to the undersigned.

Respectfully submitted,

*/s/ Charles R. Dyas, Jr.*
Charles R. Dyas, Jr., Esq. (0034369)
**DYAS LAW, LLC**
P. O. Box 991
Marysville, Ohio 43040
Tel: (614) 499-5134
Fax 1-937-347-3431
cdyas@cdyaslaw.com

*Trial Attorney for Plaintiff Sharper Impressions Painting Company*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Notice of Appearance* as served through the court's ECF System on all ECF participants registered in this case at the email addresses registered with the court, by the Court's ECF System on June 21, 2022.

>*/s/ Charles R. Dyas, Jr.*
>Charles R. Dyas, Jr., Esq. (0034369)
>
>*Trial Attorney for Plaintiff Sharper*
>*Impressions Painting Company*