**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHARPER IMPRESSIONS PAINTING CO., | : | |
| Plaintiff, | : | Case No. 2:22-cv-02245 |
| v. | : | Judge Algenon L. Marbley |
| MICHAEL THIEDE, et al | : | Magistrate Judge Chelsey M. Vascura |
| Defendants. | : | |

**PLAINTIFF'S MOTION TO ENFORCE AGREED PERMANENT INJUNCTION AND FINAL JUDGMENT ENTRY AND CONTEMPT OF COURT AND REQUEST FOR SANCTIONS**

# EXHIBIT B

JS44 (Rev. 10/2020 NDGA) CIVIL COVER SHEET

The JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket record. (SEE INSTRUCTIONS ATTACHED)

### I. (a) PLAINTIFF(S)
MICHAEL THIEDE

### DEFENDANT(S)
SHARPER IMPRESSIONS PAINTING CO
SHARPER IMPRESSIONS PAINTING OF ATLANTA, LLC

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Cherokee, GA
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Union County OH
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, TELEPHONE NUMBER, AND E-MAIL ADDRESS)

Ronald F. Debranski II
Debranski & Associates, LLC
321 Creekstone Ridge
Woodstock, GA 30188
770-926-1957
ron@debranski.com

**ATTORNEYS** (IF KNOWN)

### II. BASIS OF JURISDICTION
(PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. GOVERNMENT PLAINTIFF
- ☐ 2 U.S. GOVERNMENT DEFENDANT
- ☐ 3 FEDERAL QUESTION (U.S. GOVERNMENT NOT A PARTY)
- ☑ 4 DIVERSITY (INDICATE CITIZENSHIP OF PARTIES IN ITEM III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(FOR DIVERSITY CASES ONLY)

| | PLF | DEF | | PLF | DEF | |
|---|---|---|---|---|---|---|
| | ☑ 1 | ☐ 1 | CITIZEN OF THIS STATE | ☐ 4 | ☐ 4 | INCORPORATED OR PRINCIPAL PLACE OF BUSINESS IN THIS STATE |
| | ☐ 2 | ☐ 2 | CITIZEN OF ANOTHER STATE | ☐ 5 | ☑ 5 | INCORPORATED AND PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE |
| | ☐ 3 | ☐ 3 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | ☐ 6 | ☐ 6 | FOREIGN NATION |

### IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☑ 1 ORIGINAL PROCEEDING
- ☐ 2 REMOVED FROM STATE COURT
- ☐ 3 REMANDED FROM APPELLATE COURT
- ☐ 4 REINSTATED OR REOPENED
- ☐ 5 TRANSFERRED FROM ANOTHER DISTRICT (Specify District)
- ☐ 6 MULTIDISTRICT LITIGATION - TRANSFER
- ☐ 7 APPEAL TO DISTRICT JUDGE FROM MAGISTRATE JUDGE JUDGMENT
- ☐ 8 MULTIDISTRICT LITIGATION - DIRECT FILE

### V. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE - DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

**(IF COMPLEX, CHECK REASON BELOW)**

- ☐ 1. Unusually large number of parties.
- ☐ 2. Unusually large number of claims or defenses.
- ☐ 3. Factual issues are exceptionally complex
- ☐ 4. Greater than normal volume of evidence.
- ☐ 5. Extended discovery period is needed.
- ☐ 6. Problems locating or preserving evidence
- ☐ 7. Pending parallel investigations or actions by government.
- ☐ 8. Multiple use of experts.
- ☐ 9. Need for discovery outside United States boundaries.
- ☐ 10. Existence of highly technical issues and proof.

**CONTINUED ON REVERSE**

| FOR OFFICE USE ONLY | | | | |
|---|---|---|---|---|
| RECEIPT # | AMOUNT $ | APPLYING IFP | MAG. JUDGE (IFP) | |
| JUDGE | MAG. JUDGE | NATURE OF SUIT | CAUSE OF ACTION | |
| | (Referral) | | | |

## VI. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT - "0" MONTHS DISCOVERY TRACK**
- ☐ 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- ☐ 152 RECOVERY OF DEFAULTED STUDENT LOANS (Excl. Veterans)
- ☐ 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS

**CONTRACT - "4" MONTHS DISCOVERY TRACK**
- ☐ 110 INSURANCE
- ☐ 120 MARINE
- ☐ 130 MILLER ACT
- ☐ 140 NEGOTIABLE INSTRUMENT
- ☐ 151 MEDICARE ACT
- ☐ 160 STOCKHOLDERS' SUITS
- ☐ 190 OTHER CONTRACT
- ☐ 195 CONTRACT PRODUCT LIABILITY
- ☐ 196 FRANCHISE

**REAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- ☐ 210 LAND CONDEMNATION
- ☐ 220 FORECLOSURE
- ☐ 230 RENT LEASE & EJECTMENT
- ☐ 240 TORTS TO LAND
- ☐ 245 TORT PRODUCT LIABILITY
- ☐ 290 ALL OTHER REAL PROPERTY

**TORTS - PERSONAL INJURY - "4" MONTHS DISCOVERY TRACK**
- ☐ 310 AIRPLANE
- ☐ 315 AIRPLANE PRODUCT LIABILITY
- ☐ 320 ASSAULT, LIBEL & SLANDER
- ☐ 330 FEDERAL EMPLOYERS' LIABILITY
- ☐ 340 MARINE
- ☐ 345 MARINE PRODUCT LIABILITY
- ☐ 350 MOTOR VEHICLE
- ☐ 355 MOTOR VEHICLE PRODUCT LIABILITY
- ☒ 360 OTHER PERSONAL INJURY
- ☐ 362 PERSONAL INJURY - MEDICAL MALPRACTICE
- ☐ 365 PERSONAL INJURY - PRODUCT LIABILITY
- ☐ 367 PERSONAL INJURY - HEALTH CARE/ PHARMACEUTICAL PRODUCT LIABILITY
- ☐ 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**TORTS - PERSONAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- ☐ 370 OTHER FRAUD
- ☐ 371 TRUTH IN LENDING
- ☐ 380 OTHER PERSONAL PROPERTY DAMAGE
- ☐ 385 PROPERTY DAMAGE PRODUCT LIABILITY

**BANKRUPTCY - "0" MONTHS DISCOVERY TRACK**
- ☐ 422 APPEAL 28 USC 158
- ☐ 423 WITHDRAWAL 28 USC 157

**CIVIL RIGHTS - "4" MONTHS DISCOVERY TRACK**
- ☐ 440 OTHER CIVIL RIGHTS
- ☐ 441 VOTING
- ☐ 442 EMPLOYMENT
- ☐ 443 HOUSING/ ACCOMMODATIONS
- ☐ 445 AMERICANS with DISABILITIES - Employment
- ☐ 446 AMERICANS with DISABILITIES - Other
- ☐ 448 EDUCATION

**IMMIGRATION - "0" MONTHS DISCOVERY TRACK**
- ☐ 462 NATURALIZATION APPLICATION
- ☐ 465 OTHER IMMIGRATION ACTIONS

**PRISONER PETITIONS - "0" MONTHS DISCOVERY TRACK**
- ☐ 463 HABEAS CORPUS- Alien Detainee
- ☐ 510 MOTIONS TO VACATE SENTENCE
- ☐ 530 HABEAS CORPUS
- ☐ 535 HABEAS CORPUS DEATH PENALTY
- ☐ 540 MANDAMUS & OTHER
- ☐ 550 CIVIL RIGHTS - Filed Pro se
- ☐ 555 PRISON CONDITION(S) - Filed Pro se
- ☐ 560 CIVIL DETAINEE: CONDITIONS OF CONFINEMENT

**PRISONER PETITIONS - "4" MONTHS DISCOVERY TRACK**
- ☐ 550 CIVIL RIGHTS - Filed by Counsel
- ☐ 555 PRISON CONDITION(S) - Filed by Counsel

**FORFEITURE/PENALTY - "4" MONTHS DISCOVERY TRACK**
- ☐ 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- ☐ 690 OTHER

**LABOR - "4" MONTHS DISCOVERY TRACK**
- ☐ 710 FAIR LABOR STANDARDS ACT
- ☐ 720 LABOR/MGMT. RELATIONS
- ☐ 740 RAILWAY LABOR ACT
- ☐ 751 FAMILY and MEDICAL LEAVE ACT
- ☐ 790 OTHER LABOR LITIGATION
- ☐ 791 EMPL. RET. INC. SECURITY ACT

**PROPERTY RIGHTS - "4" MONTHS DISCOVERY TRACK**
- ☐ 820 COPYRIGHTS
- ☐ 840 TRADEMARK
- ☐ 880 DEFEND TRADE SECRETS ACT OF 2016 (DTSA)

**PROPERTY RIGHTS - "8" MONTHS DISCOVERY TRACK**
- ☐ 830 PATENT
- ☐ 835 PATENT-ABBREVIATED NEW DRUG APPLICATIONS (ANDA) - a/k/a Hatch-Waxman cases

**SOCIAL SECURITY - "0" MONTHS DISCOVERY TRACK**
- ☐ 861 HIA (1395ff)
- ☐ 862 BLACK LUNG (923)
- ☐ 863 DIWC (405(g))
- ☐ 863 DIWW (405(g))
- ☐ 864 SSID TITLE XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS - "4" MONTHS DISCOVERY TRACK**
- ☐ 870 TAXES (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - THIRD PARTY 26 USC 7609

**OTHER STATUTES - "4" MONTHS DISCOVERY TRACK**
- ☐ 375 FALSE CLAIMS ACT
- ☐ 376 Qui Tam 31 USC 3729(a)
- ☐ 400 STATE REAPPORTIONMENT
- ☐ 430 BANKS AND BANKING
- ☐ 450 COMMERCE/ICC RATES/ETC.
- ☐ 460 DEPORTATION
- ☐ 470 RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
- ☐ 480 CONSUMER CREDIT
- ☐ 485 TELEPHONE CONSUMER PROTECTION ACT
- ☐ 490 CABLE/SATELLITE TV
- ☐ 890 OTHER STATUTORY ACTIONS
- ☐ 891 AGRICULTURAL ACTS
- ☐ 893 ENVIRONMENTAL MATTERS
- ☐ 895 FREEDOM OF INFORMATION ACT 899
- ☐ 899 ADMINISTRATIVE PROCEDURES ACT / REVIEW OR APPEAL OF AGENCY DECISION
- ☐ 950 CONSTITUTIONALITY OF STATE STATUTES

**OTHER STATUTES - "8" MONTHS DISCOVERY TRACK**
- ☐ 410 ANTITRUST
- ☐ 850 SECURITIES / COMMODITIES / EXCHANGE

**OTHER STATUTES - "0" MONTHS DISCOVERY TRACK**
- ☐ 896 ARBITRATION (Confirm / Vacate / Order / Modify)

\* PLEASE NOTE DISCOVERY TRACK FOR EACH CASE TYPE. SEE LOCAL RULE 26.3

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF CLASS ACTION UNDER F.R.Civ.P. 23    DEMAND $ _____
JURY DEMAND ☒ YES ☐ NO (CHECK YES ONLY IF DEMANDED IN COMPLAINT)

## VIII. RELATED/REFILED CASE(S) IF ANY
JUDGE _____    DOCKET NO. _____

CIVIL CASES ARE DEEMED RELATED IF THE PENDING CASE INVOLVES: (CHECK APPROPRIATE BOX)
- ☐ 1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- ☐ 2. SAME ISSUE OF FACT OR ARISES OUT OF THE SAME EVENT OR TRANSACTION INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- ☐ 3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT, COPYRIGHT OR TRADEMARK INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- ☐ 4. APPEALS ARISING OUT OF THE SAME BANKRUPTCY CASE AND ANY CASE RELATED THERETO WHICH HAVE BEEN DECIDED BY THE SAME BANKRUPTCY JUDGE.
- ☐ 5. REPETITIVE CASES FILED BY PRO SE LITIGANTS.
- ☐ 6. COMPANION OR RELATED CASE TO CASE(S) BEING SIMULTANEOUSLY FILED (INCLUDE ABBREVIATED STYLE OF OTHER CASE(S)):

- ☐ 7. EITHER SAME OR ALL OF THE PARTIES AND ISSUES IN THIS CASE WERE PREVIOUSLY INVOLVED IN CASE NO. _____, WHICH WAS DISMISSED. This case ☐ IS ☐ IS NOT (check one box) SUBSTANTIALLY THE SAME CASE.

_____     5-9-2022
SIGNATURE OF ATTORNEY OF RECORD     DATE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL THIEDE,<br><br>   Plaintiff,<br>v.<br><br><br><br>SHARPER IMPRESSIONS PAINTING CO. and SHARPER IMPRESSIONS PAINTING OF ATLANTA, LLC,<br><br>   Defendant. | Civil Action File No.<br><br>_____<br><br>Jury Trial Demand |

## COMPLAINT FOR DAMAGES FROM WRONGFUL APPROPRIATION OF IMAGE

COMES NOW, PLAINTIFF, MICHAEL THIEDE, (hereinafter, "Plaintiff" or "Mr. Thiede"), by and through Counsel, and files his Complaint against the above-named Defendants on the following grounds:

## INTRODUCTION

1.

This is a claim for Wrongful Appropriation of Image and damages.

## JURISDICTION

2.

---

The Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1332.

3.

Defendant Sharper Impressions Painting Co., , (hereinafter, "SIPC"), is an Ohio Corporation that does business in Georgia. Absent acknowledgment of service, SIPC can be served through its registered agent, DYAS Law LLC, PO Box 991, Marysville, OH 43040.

4.

Defendant Sharper Impressions Painting of Atlanta, LLC, (hereinafter, "SIPA"), is an Ohio limited liability company that does business in Georgia. Absent acknowledgment of service, SIPA can be served through its Georgia registered agent, C T CORPORATION SYSTEM at 289 S Culver St, Lawrenceville, GA, 30046-4805.

**VENUE**

4.

Defendants operate within the Northern District of Georgia. All actions by Defendants alleged herein occurred within the Northern District of Georgia.

Thiede.Michael Complaint Page 3

Venue in this district is proper for the Defendants pursuant to 28 U.S.C. § 1391 (b) and (c).

## PARTIES

5.

Mr. Thiede is an individual resident of Georgia and former employee of SIPA.

6.

Defendant SIPC is a residential painting company with operations in Georgia. On information and belief SIPA is a subsidiary of SIPC and also does business as a residential painting company in Georgia.

## STATEMENT OF FACTS

7.

After leaving his employment with SIPA, Mr. Thiede has continued to work in the painting business outside an area restricted by an noncompete agreement.

8.

Mr. Thiede has built a reputation as a premier paint contracting professional for many years.

9.

---

Case: 2:21-cv-02245-ALM-CMV Doc #: 37-2 Filed: 06/21/22 Page: 7 of 12 PAGEID #: 277
Case 1:22-cv-01838-SDG Document 1 Filed 05/09/22 Page 4 of 7

Thiede.Michael Complaint Page 4

In March of 2022, Mr. Thiede discovered that SIPC and SIPA distributed direct mail advertisements using Mr. Thiede's image and likeness which falsely represented to the public that Mr. Thiede was a representative of SIPC and SIPA.

10.

Mr. Thiede did not consent to the use of his likeness in the direct mail advertising.

11.

On information and belief, SIPC and SIPA sent at least 10,000 advertisements by mail to homeowners in North Georgia.

12.

The purpose of mailing the advertisements with the unauthorized photo of Mr. Thiede was to gain financial advantages.

**WRONGFUL APPROPRIATION OF IMAGE**

13.

Mr. Thiede reincorporates and realleges the allegations in paragraphs 1. through 12. of this complaint as if fully set forth herein.

14.

Case: 2:21-cv-02245-ALM-CMV Doc #: 37-2 Filed: 06/21/22 Page: 8 of 12 PAGEID #: 278
Case 1:22-cv-01838-SDG Document 1 Filed 05/09/22 Page 5 of 7

Thiede.Michael Complaint Page 5

SIPC and SIPA used Mr. Thiede's image without his knowledge or permission to gain financial advantage in the residential painting industry.

Wherefore, Mr. Thiede demands judgment in excess of $75,000.00 due to SIPC and SIPA's intentional tort to be determined by the enlightened conscious of a jury.

## PUNITIVE DAMAGES

15.

Mr. Thiede reincorporates and realleges the allegations in Paragraphs 1. through 14. of the Complaint as if fully set forth herein.

16.

Defendants' actions demonstrate an intentional or willful misconduct, and an entire want of care and/or indifferent to the consequences so as to justify an award of punitive damages to the Plaintiff in an amount to be proven at trial.

## ATTORNEY'S FEES

17.

Plaintiff reincorporates and realleges the allegations in Paragraphs 1. through 16. of this Complaint as if fully set forth herein.

17.

Thiede.Michael Complaint Page 6

Defendants SIPC and SIPA have acted in bad faith, have been stubbornly litigious, and have caused Mr. Thiede unnecessary trouble and expense with regard to the subject of this Complaint. As such, Defendants are liable to Plaintiff for attorney's fees and costs incurred in prosecuting this action in amounts to be proven at trial.

**Prayer for Relief**

Wherefore Plaintiff prays for judgment as follows:

1. That process issue as to SIPC and SIPA;

2. That there be a trial by jury;

3. That Mr. Thiede have judgment against SIPC and SIPA, jointly and severally, of at least $75,000.00 to be determined by the enlightened conscious of a jury;

4. That Plaintiff receive judgment against SIPC and SIPA for Punitive Damages, jointly and severally, in an amount to be determined by the enlightened conscious of a jury;

5. That Plaintiff receive judgment against SIPC and SIPA, jointly and severally, for Attorney's Fees and Costs;

6. That this Court grant Plaintiff such other and further relief as this Court deems just and proper.

Respectfully submitted, this 2nd day of May, 2022.

_____
Ronald F. Debranski II
Attorney for Plaintiff Michael Thiede
Ga Bar No. 970355

Debranski & Associates, LLC
321 Creekstone Ridge
Woodstock, GA 30188
770-926-1957

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| MICHAEL THIEDE | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| SHARPER IMPRESSIONS PAINTING CO. | ) |
| *Defendant* | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: DYAS Law LLC, PO Box 991 Marysville, OH 43040
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 05/12/2022

*Signature of the attorney or unrepresented party*

Ronald F. Debranski II
*Printed name*

321 Creekstone Ridge
Woodstock, GA 30188
*Address*

ron@debranski.com
*E-mail address*

770-926-1957
*Telephone number*

Debranski & Associates, LLC
321 Creekstone Ridge
Woodstock, GA 30188

C T CORPORATION SYSTEM
289 S Culver St,
Lawrenceville, GA, 30046-4805.



PITNEY BOWES
$0.73⁰
US POSTAGE(M)
FIRST-CLASS
026W0004897299
2000281466
ZIP 30188
MAY 12 2022